*E-Filed 5/22/09*

1  Bryan King Sheldon (Bar No. 116219)
   Seung Yang (Bar No. 249857)
2  LIM, RUGER & KIM, LLP
   1055 West Seventh Street, Suite 2800
3  Los Angeles, California 90017
   Telephone: (213) 955-9500
4  Facsimile: (213) 955-9511
   E-mail: bryan.sheldon@limruger.com
5          seung.yang@limruger.com

6  Attorneys for Petitioner Dong Yang Korea Co., Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DONG YANG KOREA CO., LTD., a Korean Corporation,  Petitioner,  vs.  SAE JOON KIM, individually and doing business as KDB MANUFACTURING & TRADING CO.,  Respondent. | Civil Action No. CV-08-05714-RS  **[PROPOSED] ORDER REGARDING STIPULATION TO PARTICIPATE IN PRIVATE MEDIATION IN LIEU OF COURT-AFFILIATED MEDIATION** |
| SAE JOON KIM, an individual,  Cross-Petitioner,  vs.  DONG YANG KOREA CO., LTD., a Korean Corporation,  Cross-Respondent. | |

{00183416.DOC}                              1
**[PROPOSED] ORDER REGARDING STIPULATION TO PARTICIPATE IN PRIVATE MEDIATION IN LIEU OF COURT-AFFILIATED MEDIATION**

1  Pursuant to the parties' Stipulation to Participate in Private Mediation In Lieu of Court-
2  Affiliated Mediation and **GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY**
3  **ORDERED** that the parties may use the services of a private mediator and shall equally split the
4  costs of this private mediator.  **IT IS FURTHER HEREBY ORDERED** that the previous Order
5  for referral of this case to court-connected mediation be vacated.

9  Dated: __May 22__, 2009

                                                Hon. Richard Seeborg
                                                United States Magistrate Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1055 West Seventh Street, Suite 2800, Los Angeles, California 90017.  On **May 15, 2009**, I served a copy of the foregoing document(s) described as:

**[PROPOSED] ORDER REGARDING STIPULATION TO PARTICIPATE IN PRIVATE MEDIATION IN LIEU OF COURT-AFFILIATED MEDIATION**

 X    by placing ___ the original  X  a true copy thereof enclosed in sealed envelopes addressed as follows:

> **Jeff A. Mann, Esq.**
> **Law Offices of Jeff A. Mann**
> **3660 Wilshire Blvd., Suite 522**
> **Los Angeles, CA 90010**
> *Attorney for Defendant*

 X    **BY U.S. MAIL:**  I deposited such envelope, containing above documents, in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 X    (Federal)       I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 15, 2009** in Los Angeles, California.

| Alisia Dunbar | /s/ |
|---|---|
| Name | Signature |

{00183416.DOC}                                3

**[PROPOSED]** ORDER REGARDING STIPULATION TO PARTICIPATE IN PRIVATE MEDIATION IN LIEU OF COURT-AFFILIATED MEDIATION