Christopher Kim (Bar No. 082080)
Bryan King Sheldon (Bar No. 116219)
Seung Yang (Bar No. 249857)
LIM, RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511
E-mail: christopher.kim@limruger.com
         bryan.sheldon@limruger.com
         seung.yang@limruger.com

Attorneys for Petitioner/Cross-Respondent Dong Yang Korea Co., Ltd.

*E-Filed 10/30/09*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DONG YANG KOREA CO., LTD., a Korean Corporation,<br><br>    Petitioner,<br><br>vs.<br><br>SAE JOON KIM, individually and doing business as KDB MANUFACTURING & TRADING CO.,<br><br>    Respondent.<br><br>SAE JOON KIM, an individual,<br><br>    Cross-Petitioner,<br><br>vs.<br><br>DONG YANG KOREA CO., LTD., a Korean Corporation,<br><br>    Cross-Respondent. | Civil Action No. CV-08-05714-RS<br><br>[~~PROPOSED~~] ORDER |

{00243805.DOC}
1
[~~PROPOSED~~] ORDER

1  Pursuant to the parties' Stipulation for Dismissal of: (1) Petition to Confirm Arbitration
2  Award and (2) Cross-Petition to Vacate Arbitration Award and **GOOD CAUSE APPEARING**
3  **THEREFOR, IT IS HEREBY ORDERED** that pursuant to Rule 41(a)(1) of the Federal Rules
4  of Civil Procedure, both the Petition and Cross-Petition shall be dismissed in their entirety without
5  prejudice, each party to bear its own costs and attorneys fees.

10  Dated: October 30, 2009

Hon. Richard Seeborg
United States Magistrate Judge

{00243805.DOC}
2
[PROPOSED] ORDER